1   PITE DUNCAN, LLP
    STEVEN W. PITE (NV Bar #008226)
2   EDDIE R. JIMENEZ (NV Bar #10376)
    JACQUE A. GRUBER (NV Bar #11385)
3   4375 Jutland Drive, Suite 200
    P.O. Box 17933
4   San Diego, CA 92177-0933
    Telephone: (702) 413-9692
5   Facsimile: (619) 590-1385
    E-mail:  ecfnvb@piteduncan.com
6
    ABRAMS & TANKO, LLLP
7   MICHELLE L. ABRAMS (NV Bar #005565)
    3085 S. Jones Blvd., Suite C
8   Las Vegas, NV 89146
9   Attorneys for  GMAC MORTGAGE, LLC
10
                    UNITED STATES BANKRUPTCY COURT
11
                          DISTRICT OF NEVADA
12

13  | In re | Bankruptcy Case No. BK-S-09-26228-mkn |
    |---|---|
14  | HUGO AVILA, | Chapter 13 |
    | Debtor(s). | GMAC MORTGAGE, LLCS REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

15

16

17

18

19      TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL
20          INTERESTED PARTIES
21      PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC
22  Mortgage, LLC hereby requests special notice of all events relevant to the above-referenced
23  bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced
24  bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule
25  2002, the commencement of any adversary proceedings, the filing of any requests for hearing,
26  objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters
27  which must be noticed to creditors, creditors committees and parties-in-interest and other notices as
28  required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-

-1-

1  referenced bankruptcy court.

2      PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

3  Mailing List in this case, the following address be used:

4  <center>JACQUE A. GRUBER<br>PITE DUNCAN, LLP</center>

5  <center>4375 Jutland Drive, Suite 200<br>P.O. Box 17933</center>

6  <center>San Diego, CA 92177-0933</center>

7

8      Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a

9  waiver of the within party's:

10      a.    Right to have any and all final orders in any and all non-core matters entered only

11  after de novo review by a United States District Court Judge;

12      b.    Right to trial by jury in any proceeding as to any and all matters so triable herein,

13  whether or not the same be designated legal or private rights, or in any case, controversy or

14  proceeding related hereto, notwithstanding the designation or not of such matters as "core

15  proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant

16  to statute or the United States Constitution;

17      c.    Right to have the reference of this matter withdrawn by the United States District

18  Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

19      d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to

20  which this party is entitled under any agreements at law or in equity or under the United States

21  Constitution.

22      All of the above rights are expressly reserved and preserved by this party without

23  exception and with no purpose of confessing or conceding jurisdiction in any way by this filing

24  or by any other participation in these matters.

25  Dated: September 18, 2009        /s/ Jacque A. Gruber

26                         4375 Jutland Drive, Suite 200<br>                       P.O. Box 17933

27                         San Diego, CA 92177-0933<br>                       (702) 413-9692

28                         NV Bar #11385<br>                       Attorney for GMAC MORTGAGE, LLC

<center>-2-</center>

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND

SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on September 18,

2009.  Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Hugo Avila
1865 Hallwood Drive
Las Vegas, NV 89119

Rodney K. Okano
2400 So Cimarron Rd., Ste #130
Las Vegas, NV 89117

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

U.S. Trustee
Department of Justice
300 Las Vegas Boulevard, So.
Suite 4300
Las Vegas, NV 89101



        I declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed on September 18, 2009, at San Diego, California.


                                                /s/ Marissa Telle